UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-01845-KS-1

UNITED STATES OF AMERICA

v.

ORDER

JAMES D. SPEARS

The Court finds that the ends of justice are best served by granting defendant's motion to reset this matter on the court's calendar for resolution of the case by entry of plea and sentencing.

Accordingly, defendant's motion is GRANTED. This matter shall now be calendared for the April 5, 2017 term of Court. The intervening time from 3/2/17 to 4/5/17 is excluded from speedy trial computation under 18 U.S.C. § 3161. In anticipation of resolution of the case by entry of plea and sentencing, the Court withdraws the bench warrant for defendant's arrest issued on January 4, 2017.

Dated: March 2, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge